IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOSE ANIBAL NUNEZ,

    Plaintiff,

v.

                              Case No.: 1:19-cv-11455

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

## [~~PROPOSED~~] ORDER

This Court has considered the Defendant's Motion for Immediate Stay or, in the Alternative, for Extension of Time to Respond to the Complaint. The Motion is GRANTED. All proceedings and deadlines in this case are stayed until the Judicial Panel on Multidistrict Litigation determines whether this case will be transferred pursuant to 28 U.S.C. § 1407 to the Northern District of Georgia as a tag-along action for coordination or consolidation in the pending MDL proceeding, *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800.

SO ORDERED, this 23rd day of December, 2019.

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge